# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Global Health Council, et al.,

**v.**

Donald J. Trump, et al.

**Case No:** 25-5047

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Office of Management and Budget

Donald J. Trump

U.S. Department of State

Peter Marocco

Marco Rubio

U.S. Agency for International Development

Russell T. Vought

### Counsel Information

Lead Counsel: Daniel Tenny

Direct Phone: (202) 514-1838  Fax: (   )   -    Email: daniel.tenny@usdoj.gov

2nd Counsel: Sean R. Janda

Direct Phone: (202) 514-3388  Fax: (   )   -    Email: sean.r.janda@usdoj.gov

3rd Counsel: Brian J. Springer

Direct Phone: (202) 616-5446  Fax: (   )   -    Email: brian.j.springer@usdoj.gov

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue NW; Washington, DC 20530

Firm Phone: (   )   -    Fax: (   )   -    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)