# In the United States Court of Appeals
# For The District of Columbia Circuit

---

AIDS Vaccine Advocacy Coalition, *et al.*,

*Plaintiffs-Appellees*,

v.

U.S. Department of State, *et al.*,

*Defendants-Appellants.*

---

On Appeal from the U.S. District Court for the District of Columbia
Nos. 25-cv-400 (Hon. Amir H. Ali)

---

## RULE 26.1 DISCLOSURE STATEMENT

Undersigned counsel in case number 25-5046 certifies that Plaintiffs AIDS Vaccine Advocacy Coalition and the Journalism Development Network, Inc. are nonprofit corporations. Journalism Development Network does business as the Organized Crime and Corruption Reporting Project. Neither party has a parent corporation or any subsidiaries, and no publicly held corporation owns any stock in either entity.

/s/ Allison Zieve
Allison Zieve